Before RYMER, McKEOWN, and GOULD, Circuit Judges.

### MEMORANDUM *

Lindal Cedar Homes, Inc. and Premier Home Design and Planning, Inc. (Lindal) appeal from summary judgment entered in favor of Kenneth and Lori Wilkinson. We reverse.

The undisputed facts on the record before this court[1] do not give rise to a non-exclusive implied license under *Effects Associates, Inc. v. Cohen,* 908 F.2d 555, 558–59 (9th Cir.1990). The Wilkinsons did not ask Lindal to create a plan or design for them, and Lindal did not do so. Nor does the consideration raise a reasonable inference that Lindal intended for the Wilkinsons to copy the expression in any of its works. *Foad Consulting Group, Inc. v. Azzalino,* 270 F.3d 821 (9th Cir.2001), does not suggest otherwise, for there is no extrinsic evidence, course of conduct, or custom and practice to consider on this record.

We decline to consider Lindal's other theories for reversal or the Wilkinsons' alternative grounds for affirmance, as they were not addressed by the district court and the record is not fully enough developed for appellate review. *Singleton v. Wulff,* 428 U.S. 106, 120–21, 96 S.Ct. 2868, 49 L.Ed.2d 826 (1976).

REVERSED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. We grant the Wilkinsons' motion to strike submissions made by Lindal on appeal that were not part of the summary judgment record before the district court.

### COMMUNITIES FOR A BETTER ENVIRONMENT, Plaintiff—Appellee,

v.

### CENCO REFINING COMPANY, et al., Defendants—Appellants.

No. 01–56882.

D.C. No. CV–00–05665–AHM.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002.*

Decided May 15, 2002.

Before FERNANDEZ, THOMAS and WARDLAW, Circuit Judges.

### MEMORANDUM**

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief only to limited review. *Walczak v. EPL Prolong, Inc.,* 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is re-

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2). Accordingly, Cenco's motion to submit on the briefs is granted.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

viewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

We cannot say that the district court abused its discretion here. We therefore affirm the district court's order granting the preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International,* 686 F.2d 750, 752 (9th Cir.1982).

The motions to take judicial notice and motion to strike portions of the opening brief are denied.

**AFFIRMED.**

**BRAKE MASTERS SYSTEMS, INC., Plaintiff–counter–defendant–Appellee,**

v.

**BRAKE FAST DEALS, INC., et al., Defendants–counter–claimants–Appellants.**

No. 02–15247.

D.C. No. CV–01–01711–JAT.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2002.*

Decided May 15, 2002.

Before FERNANDEZ, THOMAS and WARDLAW, Circuit Judges.

MEMORANDUM **

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief only to limited review. *Walczak v. EPL Prolong, Inc.,* 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

We cannot say that the district court abused its discretion here. We therefore affirm the district court's order granting the preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International,* 686 F.2d 750, 752 (9th Cir.1982). The motion to stay district court order and the motion to strike exhibits are denied.

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2). Accordingly, Brake Fast's motion to appear and argue is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.